UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PROSHIPLINE, INC., EP-TEAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASPEN INFRASTRUCTURES, LTD. f/k/a SUZLONG INFRASTRUCTURE, LTD., <br><br> Defendant; <br><br> MASTERS AND PURSERS OF THE M/S MARGARETHA GREEN, *et al.*, <br><br> Garnishees. | Case No. C07-5660FDB <br><br> ORDER RE FORM OF BOND and STAYING THIS CASE PENDING ARBITRATION |

The Court having heard the parties' arguments today on the form of the bond after reviewing the memoranda filed by the parties, and being familiar with the record herein is fully informed and concludes that the bond is insufficient as argued by Plaintiffs, as it fails to satisfy the express requirements of Supplemental Admiralty Rule E(5)(a) because it makes no provision for the continuing jurisdiction of this Court. ACCORDINGLY,

IT IS ORDERED: (1) Defendant shall file within five days hereof a bond in the form proposed by Plaintiffs on December 6, 2007, which bond shall be conditioned upon entry of an

ORDER - 1

1  award in arbitration or upon a judgment by a court of competent jurisdiction as to the subject matter

2  of the First Amended Verified Complaint herein.  Until Defendant files a bond in the form Plaintiffs

3  have proposed herein as referenced above, the cash deposited in escrow as referenced above shall

4  remain in lieu of the assets garnished herein pursuant to the Writ issued November 27, 2007.  Upon

5  filing herein by Defendant of a bond in the form proposed by Plaintiffs and filed herein on December

6  6, 2007, the cash bond deposited into escrow may be released to Defendant forthwith and without

7  further order of this Court.

8      (2) This cause of action is STAYED pending arbitration of Plaintiff ProShipLine's claims,

9  and the parties shall advise this Court as soon as possible of any decision made by the Arbitration

10 Panel as to ProShipLine's claims.

11     DATED this 10th day of December, 2007.

14     FRANKLIN D. BURGESS
    UNITED STATES DISTRICT JUDGE

26 ORDER - 2