1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12

13

14

15

16

17

PROSHIPLINE, INC., EP-TEAM, INC.,

Plaintiffs,

v.

ASPEN INFRASTRUCTURES, LTD., f/k/a
SUZLON INFRASTRUCTURE, LTD.,

Defendants.

MASTERS AND PURSERS OF THE M/S
MARGARETHA GREEN, *et al.*

Garnishees.

Case No. C07-5660FDB

ORDER SETTING RESPONSE DATE
FROM DEFENDANTS RE MOTION
FOR CHANGE OF
ARRANGEMENTS

18

19

20

21

22

23

24

25

26

Response from Defendants regarding Motion for Change of Arrangements or Sale of Fuels

Garnished on M/S BELUGA FUSION is due by 8:00 a.m. Tuesday, January 29, 2008.

SO ORDERED.

DATED this 28th day of January, 2008.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1